**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Patricia Rodriguez<br><br>v.<br><br>City of Chicago, et. al | Case Number: FILED: APRIL 12, 2008<br>08 CV 2095    JH<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Patricia Rodriguez

| |
|---|
| NAME (Type or print)<br>CHRISTOPHER R. SMITH |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ CHRISTOPHER R. SMITH |
| FIRM<br>A LAW OFFICE OF CHRISTOPHER SMITH |
| STREET ADDRESS<br>119 N. PEORIA STREET, SUITE 3A |
| CITY/STATE/ZIP<br>CHICAGO, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6201953 | TELEPHONE NUMBER<br>312.432.0400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐