U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Patricia Rodriguez

v.

City of Chicago, et. al

Case Number: FILED: APRIL 12, 2008
08 CV 2095    JH
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Patricia Rodriguez

| | |
|---|---|
| NAME (Type or print) <br> JARED S. KOSOGLAD | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JARED S. KOSOGLAD | |
| FIRM <br> A LAW OFFICE OF CHRISTOPHER SMITH | |
| STREET ADDRESS <br> 119 N. PEORIA STREET, SUITE 3A | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286633 | TELEPHONE NUMBER <br> 312.432.0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |