IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA RODRIQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 2095 |
| | ) | |
| v. | ) | HON. JUDGE LEINENWEBER |
| | ) | Judge Presiding |
| CITY OF CHICAGO, CHICAGO POLICE | ) | |
| OFFICERS M. MALDONADO, N. BARRY, | ) | MAGISTRATE JUDGE NOLAN |
| C. TRAYNOR, UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS, G-A RESTAURANT, LLC, | ) | |
| (d/b/a; "Manor/Stay") COLIN COMER, and | ) | |
| UNKNOWN G-A RESTAURANT EMPLOYEES | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

TO:   Jared Kosoglad
Law Offices of Christopher R. Smith
119 North Peoria, Suite 3A
Chicago, Illinois  60607

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

**PLEASE TAKE NOTICE** that on June 24th, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Harry D. Leinenweber, or whomever shall be sitting in his stead, in Room 1941 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANT OFFICERS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

**DATED** at Chicago, Illinois this 18th day of June, 2008.

Respectfully submitted,

*/s/ Thomas H. Freitag*
THOMAS H. FREITAG
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-7391
Atty. No. 6272245

**CERTIFICATE OF SERVICE**

     The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF AGREED MOTION** and **DEFENDANT OFFICERS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the above-named at the above addresses by U.S. Mail on the 18th day of June, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

                            */s/ Thomas H. Freitag*
                            THOMAS H. FREITAG
                            Asst. Corporation Counsel