**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **No. 08 C 2095** |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO and Chicago Police Officers | ) | JUDGE LEINENWEBER |
| M. MALDONADO, Star #19179, N. BARRY, | ) | |
| Star #3696, C. TRAYNOR, Star #8903, | ) | |
| UNKNOWN CHICAGO POLICE OFFICERS, | ) | |
| G-A RESTAURANT, LLC (d/b/a "Manor/Stay"), | ) | Magistrate Judge Nolan |
| COLIN COMER, and UNKNOWN G-A | ) | |
| RESTAURANT EMPLOYEES, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Jared S. Kosoglad                      Thomas Freitag
      A Law Office of Christopher R. Smith   Assistant Corporation Counsel
      119 North Peoria                       30 North LaSalle Street
      Suite 3A                               Suite 1400
      Chicago, Illinois  60607               Chicago, Illinois  60602
      jared.k@chicagocivilrightslawyers.com  thomas.freitag@cityofchicago.org

    **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendant City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Leinenweber, or before such other Judge sitting in her stead, on the 10th day of July, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

    **DATED** at Chicago, Illinois this 1st day of July, 2008.


                    By:   /s/ Thomas J. Aumann_____
                            THOMAS J. AUMANN
                            Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
Atty. No. 06282455