# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Patricia Rodriguez

                Plaintiff,

v.                                                                            Case No.: 1:08−cv−02095
                                                          Honorable Harry D. Leinenweber

City Of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber: Defendant's Motion for Extension of Time now set for 7/10/2008 is reset by the court for 7/15/2008 at 9:30 a.m.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.