IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2095 |
| | ) | |
| The CITY OF CHICAGO, | ) | |
| CHICAGO POLICE OFFICERS | ) | |
| M. MALDONADO, Star #19179, | ) | |
| N. BARRY, Star # 3696, | ) | Judge Leinenweber |
| C. TRAYNOR, Star # 8903 | ) | |
| UNKNOWN ,CHICAGO POLICE | ) | |
| OFFICERS, G-A RESTAURANT, LLC | ) | Magistrate Judge Nolan |
| (d/b/a "Manor/Stay"), COLIN COMER, | ) | |
| and UNKNOWN G-A RESTAURANT | ) | |
| EMPLOYEES | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   Christopher Smith                                    Thomas Aumann
      Law Offices of Christopher R. Smith        Assistant Corporation Counsel
      119 North Peoria, Suite 3A                       30 N. LaSalle #1020
      Chicago, Illinois 60607                             Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS ANSWER, AFFIRMATIVE DEFENSES, 12(B)(6) DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which was served upon you using the Court's Electronic Filing System which sends notification of such filing to the attorneys of record in this case.

I hereby certify that on Friday, July 18, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which sends notification of such filing to the attorneys of record in this case.

**DATED** at Chicago, Illinois this 18th day of July, 2008.

Respectfully Submitted,

30 North La Salle St. #1400            BY:   /s/ *Thomas Freitag*
Chicago, Illinois 60602                              THOMAS H. FREITAG
(312) 742-7391                                          Assistant Corporation Counsel
Attorney Number 6272245