IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2095 |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | JUDGE LEINENWEBER |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## MOTION TO WITHDRAW

Plaintiff, Patricia Rodriguez, through one of her attorneys, Jared S. Kosoglad, respectfully seeks leave of this Court to withdraw the appearance of Jared S. Kosoglad as an attorney of record. In support of this motion, plaintiff states as follows:

1. The undersigned has resigned his position with A Law Office of Christopher R. Smith and will soon practice law as Jared S. Kosoglad, P.C.

2. The undersigned will no longer represent Plaintiff in the above captioned matter.

3. The instant motion is not intended to delay this proceeding or prejudice any party.

**WHEREFORE**, Plaintiff respectfully seeks the withdrawal of Jared S. Kosoglad as attorney of record in this matter.

Respectfully submitted,

Patricia Rodriguez

  /s Jared S. Kosoglad
By:    Jared S. Kosoglad

Jared S. Kosoglad
120 N. Green Street, Suite 3-G
Chicago, Illinois 60607
312-513-6000

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

Thomas Aumann, Thomas Freitag
30 N. LaSalle Street
Chicago, IL 60602

                                              s/ Jared S. Kosoglad
                                   _____
                                   Jared S. Kosoglad
                                   120 N. Green Street, Suite 3G
                                   Chicago, IL 60607
                                   312-513-6000