IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2095 |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | JUDGE LEINENWEBER |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE that on Wednesday, August 27, 2008, at 9:30 a.m.**, I shall appear before the Honorable Judge Leinenweber, in the courtroom usually occupied by him, and then and there present the attached **Motion To Withdraw**, a copy of which is hereby served upon you.

/s Jared S. Kosoglad
One of Plaintiff's attorneys

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

Thomas Aumann, Thomas Freitag
30 N. LaSalle Street
Chicago, IL 60602

                                                                                           s/ Jared S. Kosoglad
                                                _____
                                                Jared S. Kosoglad
                                                120 N. Green Street, Suite 3G
                                                Chicago, IL 60607
                                                312-513-6000