# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Patricia Rodriguez

                Plaintiff,

v.                                       Case No.: 1:08−cv−02095

                                                  Honorable Harry D. Leinenweber

City Of Chicago, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference. (wp, )Mailed notice.

Dated: August 28, 2008

                                                                               /s/ Harry D. Leinenweber

                                                                               United States District Judge