IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA RODRIGUEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO and Chicago Police Officers<br>M. MALDONADO, Star #19179, N. BARRY,<br>Star #3696, C. TRAYNOR, Star #8903,<br>UNKNOWN CHICAGO POLICE OFFICERS,<br>G-A RESTAURANT, LLC (d/b/a "Manor/Stay"),<br>COLIN COMER, and UNKNOWN G-A<br>RESTAURANT EMPLOYEES,<br><br>                Defendants. | No. 08 C 2095<br><br>JUDGE LEINENWEBER<br><br>Magistrate Judge Nolan |

## INITIAL STATUS REPORT

Plaintiff, Patricia Rodriguez, by and through her attorney, Christopher R. Smith, and Defendants City of Chicago ("City"), by and through its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, and Officers Michelle Maldonado, Nora Barry, and Christopher Traynor ("Defendant Officers"), by and through their attorney, Thomas H. Freitag, Assistant Corporation Counsel, submit the following Initial Status Report:

**REFERRAL CASES:**

    1.    Plaintiff has filed a nine-count complaint containing federal and state claims against the defendants stemming from her arrest outside of the Manor Bar, 642 North Clark Street in Chicago, Illinois, on or about December 12, 2007. The complaint is comprised of the following claims: 1) Section 1983 Fourth Amendment search and seizure claim against Unknown Chicago Police Officer; 2) Section 1983 False Imprisonment claim against Unknown Chicago Police Officer; 3) Section 1983 Conspiracy claim against the Defendant Officers; 4)

Indemnification claim against the City; 5) Intentional Infliction of Emotional Distress claim against all defendants; 6) Battery claim against G-A Restaurant and Unknown G-A Restaurant Employees; 7) Assault claim against the City and Unknown Chicago Police Officer; 8) False Arrest claim against all defendants; and 9) Malicious Prosecution claim against all defendants.

    2.    Plaintiff seeks compensatory and punitive damages against all defendants, as well as attorneys' fees and costs.

    3.    Please see referral order, attached as Exhibit A.

    4.    Not applicable.

    5.    Plaintiff has tendered initial 26(a)(1) disclosures to Defendant City and the Defendant Officers. No other discovery has been completed. The parties anticipate written and oral discovery, including 10-15 depositions. No discovery cut-off date is currently in place. The parties propose a discovery cut-off date of March 5, 2009.

    6.    The parties will not consent to trial before a magistrate judge.

    7.    Plaintiff has made a demand to Defendant City and the Defendant Officers, and the parties have engaged in some settlement discussion.

    8.    See the above case caption.

Respectfully submitted,

/s/ Christopher R. Smith
CHRISTOPHER R. SMITH
Attorney for Plaintiff Patricia Rodriguez
A Law Office of Christopher R. Smith
112 S. Sangamon, Suite 3A
Chicago, Illinois 60607
(312) 432-0400 (Phone)
(312) 850-2704 (Fax)

MARA S. GEORGES
Corporation Counsel
City of Chicago


BY:   /s/ Thomas J. Aumann
      THOMAS J. AUMANN
      Attorney for Defendant City of Chicago
      30 North LaSalle Street, Suite 1020
      Chicago, Illinois 60602
      (312) 744-1566 (Phone)
      (312) 744-3989 (Fax)


/s/ Thomas H. Freitag
THOMAS H. FREITAG
Attorney for Defendant Officers
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-7391 (Phone)
(312) 744-6566 (Fax)

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Patricia Rodriguez
                     Plaintiff,
v.                                      Case No.: 1:08−cv−02095
                                                            Honorable Harry D. Leinenweber
City Of Chicago, et al.
                     Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference. (wp, )Mailed notice.

Dated: August 28, 2008

                                                                    /s/ Harry D. Leinenweber
                                                                    United States District Judge


EXHIBIT A